IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERESA B. CLARK,

    Plaintiff,

v.                                       Civil Action No. 3:10cv111

MEADWESTVACO CORPORATION,
et al.,

    Defendants.

**ORDER**

By Order entered herein on August 19, 2010, DEFENDANT PAUL NAPPER, Psy.D's MOTION FOR SUMMARY JUDGMENT (Docket No. 18) was referred to Magistrate Judge Dennis W. Dohnal for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION (Docket No. 29) entered herein on November 3, 2010, the PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION (Docket No. 30), and there being no timely response to the objections filed by the defendant, and the time for doing so having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that:

(1) The PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION (Docket No. 30) are overruled;

(2) The REPORT AND RECOMMENDATION is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) DEFENDANT PAUL NAPPER, PSY.D'S MOTION TO STRIKE (Docket No. 24) is denied;

(4) DEFENDANT PAUL NAPPER, Psy.D's MOTION FOR SUMMARY JUDGMENT (Docket No. 18) is granted; and

(5) This action is dismissed with prejudice.

The issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 8, 2010